IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOEL SCOTT FLAKES,

    Plaintiff,

v.

EDWARD F. WALL, JON E. LITSCHER,
CATHY JESS, REED RICHARDSON,
MARIO CANZIANI, LEAHAN DRONE,
DARCY ZEILER, PAULA STOUDT,
JOHN SZYMANSKI and AARON
GLENN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-836-slc

    This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies prior to filing suit.

/s/                                                    4/14/2017

Peter Oppeneer, Clerk of Court                    Date